UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GONZALEZ and DELIA GONZALEZ,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>TOTAH FAMILY PARTNERSHIP, a California Limited Partnership, doing business as RIVER'S EDGE R.V. RESORT,<br><br>　　　　　　　　　　　Defendant. | Civil No.   10cv2012-MMA (CAB)<br><br>**ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL**<br>**[Doc. No. 34]** |

　　　On September 27, 2011, the Court held a telephonic conference on plaintiffs' motion to compel production of documents. [Doc. No. 34.] Defendant filed an opposition. [Doc. No. 38.] Plaintiffs filed a reply. [Doc. No. 42.] Stuart Fagan, Esq., appeared for plaintiffs. Robert Quayle, Esq., appeared for defendant.

　　　On July 14, 2011, plaintiffs served a second set of Requests for Production of Documents on defendant. On August 12, 2011, defendant served written responses with objections to Requests Nos. 61, 62, 68, 69, 74, 75 and 77. Plaintiffs request the Court overrule the objections and order defendant to produce responsive documents.

　　　Following the submission of plaintiffs' motion, defendant supplemented its response and informed plaintiffs that following a diligent search, defendant determined it had no documents responsive to Request No. 77. Plaintiffs offered nothing to contradict that representation, so the motion to compel with regard to Request No. 77 is **DENIED as moot**.

1     Requests Nos. 61, 68 and 74 are for the defendant's Daily Registration Sheets for February
2  2009, May 2009, and August - December 2009, respectively.  Requests Nos. 62, 69 and 75 are for
3  the defendant's Daily Summary Reports for February 2009, May 2009, and August - December
4  2009, respectively.  Plaintiffs contend these documents contain occupancy information relevant to
5  plaintiffs' housing discrimination allegations.
6     Defendant objected to production of these reports based on relevance, and the privacy
7  rights of the third party tenants as to information contained in the reports.  The reports contain
8  financial information of both the defendant and the third parties that is not relevant to the plain-
9  tiffs' claims, and specifically to the purpose for which the documents are sought.  The records,
10 however do contain information regarding or relating to occupancy rates at the park.   The motion
11 to compel responses to Requests Nos. 61, 62, 68, 69, 74 and 75 is **GRANTED as follows**. The
12 defendant may redact its financial information from the daily summary reports responsive to
13 plaintiffs' requests, and the third party personal information from the daily registration sheets
14 responsive to plaintiffs' requests, but is ordered to produce the redacted sheets and reports, no later
15 than **October 3, 2011.**

17 DATED:  September 29, 2011

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge